# EXHIBIT
# A

**Form 1.997 Civil Cover Sheet**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

I.      CASE STYLE

(Name of Court) In the Circuit   Court of the Seventh Judicial Circuit In and For Volusia County, Florida

Plaintiff CLAUDIA ZARNESKY,                                 Case #:_____

                                                          Judge: _____
vs.

Defendant  ADIDAS AMERICA, INC.,

II.     **AMOUNT OF CLAIM**
**Please indicate the estimated amount of the claim, rounded to the nearest dollar.   The estimated amount of the claim is requested for data collection and clerical processing purposes only.  The amount of the claim shall not be used for any other purpose.**

☐ **$8,000 or less**
☐ **$8,001 - $30,000**
☐ **$30,001 - $50,000**
☐ **$50,001 - $75,000**
☐ **$75,001 - $100,000**
☑ **Over $100,000**

III.    **TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.)
If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security

CL-0891-2008

- ☐ Nursing home negligence
- ☐ Premises liability—commercial
- ☐ Premises liability—residential
- ☐ Products liability ☐

☐ Real property/Mortgage foreclosure
- ☐ Commercial foreclosure
- ☐ Homestead residential foreclosure
- ☐ Non-homestead residential foreclosure
- ☐ Other real property actions

☐ Professional malpractice
- ☐ Malpractice – business
- ☐ Malpractice – medical
- ☐ Malpractice – other professional

☑ Other
- ☐ Antitrust/Trade regulation
- ☐ Business transactions
- ☐ Constitutional challenge – statute or ordinance
- ☐ Constitutional challenge – proposed amendment
- ☐ Corporate trusts
- ☐ Discrimination – employment or other
- ☐ Insurance claims
- ☐ Intellectual property
- ☐ Libel/Slander
- ☐ Shareholder derivative action
- ☐ Securities litigation
- ☐ Trade secrets
- ☐ Trust litigation

## COUNTY CIVIL

- ☐ Civil
- ☐ Real property/Mortgage foreclosure
- ☐ Replevins
- ☐ Evictions
  - ☐ Residential Eviction
  - ☐ Non-Residential Eviction
- ☐ Other civil (non-monetary)

**IV.**   **REMEDIES SOUGHT** (check all that apply):
- ☑ Monetary;
- ☑ Non-Monetary declaratory or injunctive relief;
- ☐ Punitive

**V.**   **NUMBER OF CAUSES OF ACTION**: [1   ] (specify)

Violations of the FSCA, Fla. Stat. Ann. § 934.03

CL-0891-2008

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**

☑ yes

☐ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☑ no

☐ yes    If "yes", list all related cases by name, case number, and court.

_____

_____

_____

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ yes

☐ no

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature Andrew Shamis _____     Fla. Bar # 101754 _____

        Attorney or party                                                            (Bar # if attorney)

/s/ Andrew Shamis _____          2/15/2021 _____

(type or print name)                                                          Date

CL-0891-2008



# LAURA E. ROTH
**CLERK OF THE CIRCUIT COURT**

SEVENTH JUDICIAL CIRCUIT - VOLUSIA  COUNTY
P.O. BOX 6043 DELAND, FLORIDA 32721-6043 · WWW.CLERK.ORG

Filing #:121380754
Filer:Angelica Gentile Gentile
Payment:$410.00

1 Filing Fee: $400.00
2 Summons Issuance: $10.00
3 Complaints/Petitions Civil Cover Sheet: $0.00
4 Complaints/Petitions Request that Summons be Issued: $0.00
5 Complaints/Petitions Complaint: $0.00

*This document is a Clerk generated receipt.  This  page was not included in the original court document submitted by the filer.*

Case 6:21-cv-00540-GAP-GJK   Document 1-1   Filed 03/25/21   Page 6 of 30 PageID 13

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.

CLAUDIA ZARNESKY, *individually and*
*on behalf of all others similarly situated,*

        **CLASS ACTION**

      Plaintiff,

vs.

        **JURY TRIAL DEMANDED**

ADIDAS AMERICA, INC.,

      Defendant.

_____/

## CLASS ACTION COMPLAINT

Plaintiff Claudia Zarnesky brings this class action against Defendant Adidas America, Inc., and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

## NATURE OF THE ACTION

1. This is a class action under the Florida Security of Communications Act, Fla. Stat. Ann. § 934.01, *et seq.* ("FSCA"), arising from Defendant's unlawful interception of electronic communications. Specifically, this case stems from Defendant's use of tracking, recording, and/or "session replay" software to intercept Plaintiff's and the class members' electronic communications with Defendant's website, including how they interact with the website, their mouse movements and clicks, information inputted into the website, and/or pages and content viewed on the website.

2. Defendant intercepted the electronic communications at issue without the knowledge or prior consent of Plaintiff and the Class members. Defendant did so for its own

2021 30201 CICI

financial gain and in violation of Plaintiff's and the Class members' privacy rights under the FSCA. Such clandestine monitoring and recording of an individual's electronic communications has long been held a violation of the FSCA. *See, e.g., O'Brien v. O'Brien*, 899 So. 2d 1133 (Fla. 5th DCA 2005).

3.       Defendant has intercepted the electronic communications involving Plaintiff and the Class members' visits to its website, causing them injuries, including invasion of their privacy and/or exposure of their private information.

4.       Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful interceptions.  Plaintiff also seeks damages authorized by the FSCA on behalf of Plaintiff and the Class members, defined below, and any other available legal or equitable remedies resulting from the actions of Defendant described herein.

## PARTIES

5.       Plaintiff is, and at all times relevant hereto was, a citizen and resident of VOlusia County, Florida.

6.       Defendant is, and at all times relevant hereto was, a corporation that maintains its primary place of business at 5055 N Greeley Avenue, Portland, OR 97217.

## JURISDICTION AND VENUE

7.       This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Fla. Stat. § 26.012(2). The matter in controversy exceeds the sum or value of $30,000 exclusive of interest, costs, and attorney's fees.

8.       Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state. Defendant intercepted electronic communications from and to Florida without the consent of Plaintiff and the Class members.

Plaintiff and the Class members were in Florida when Defendant's unlawful interceptions occurred, and were injured while residing in and physically present in Florida.

9.      Venue for this action is proper in this Court because all facts giving rise to this action occurred in this circuit.

## FACTS

10.      Defendant owns and operates the following website: www.adidas.com.

11.      Over the past year, Plaintiff visited Defendant's website approximately 5 times.

12.      Plaintiff most recently visited Defendant's website on or about January 2021.

13.      Plaintiff was in Florida during each visit to Defendant's website.

14.      Upon information and belief, during one or more of these visits, Defendant utilized tracking, recording and/or "session replay" software to contemporaneously intercept Plaintiff's use and interaction with the website, including mouse clicks and movements, information inputted by Plaintiff, and/or pages and content viewed by Plaintiff.  Defendant also recorded Plaintiff's location during the visits, as well as the time and dates of each visit.

15.      Plaintiff never consented to interception of her electronic communications by Defendant or anyone else.

16.      At no point in time did Plaintiff provide Defendant, its employees, or agents with consent to intercept Plaintiff's electronic communications.

17.      Plaintiff and the putative Class members did not have a reasonable opportunity to discover Defendant's unlawful interceptions because Defendant did not disclose or seek their consent to intercept the communications.

18.      Upon information and belief, Defendant similarly intercepted the electronic communications of other individuals located in Florida who visited Defendant's website.

19.     Defendant's surreptitious interception Plaintiff's electronic communications caused Plaintiff harm, including invasion of her privacy and/or the exposure of private information.

## CLASS ALLEGATIONS

### PROPOSED CLASS

20.     Plaintiff brings this lawsuit as a class action on behalf of all other similarly situated persons pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3).  The "Class" that Plaintiff seeks to represent is defined as:

> **All persons residing within the State of Florida (1) who visited Defendant's website and (2) whose electronic communications were intercepted by Defendant or on Defendant's behalf (3) without their prior consent.**

21.     Defendant and its employees or agents are excluded from the Class. Plaintiff reserves the right to modify or amend the Class definitions, as appropriate, during the course of this litigation.

### NUMEROSITY

22.     The Class members are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. The precise number of Class members is unknown to Plaintiff, but may be readily ascertained from Defendant's records and is believed to be no less than 100 individuals. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice

23.     The identities of the Class members are unknown at this time and can be ascertained only through discovery.  Identification of the Class members is a matter capable of ministerial determination from Defendant's records kept in connection with its unlawful interceptions.

### COMMON QUESTIONS OF LAW AND FACT

24.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class.   Among the questions of law and fact common to the Class are:

(1) Whether Defendant violated the FSCA;

(2) Whether Defendant intercepted Plaintiff's and the Class members' electronic communications;

(3) Whether Defendant disclosed to Plaintiff and the Class Members that it was intercepting their electronic communications;

(4) Whether Defendant secured prior consent before intercepting Plaintiff's and the Class members' electronic communications;

(5) Whether Defendant is liable for damages, and the amount of such damages; and

(6) Whether Defendant should be enjoined from such conduct in the future.

25.     The common questions in this case are capable of having common answers. If Plaintiff's claim that Defendants routinely intercepts electronic communications without securing prior consent is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

### TYPICALITY

26.     Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

### PROTECTING THE INTERESTS OF THE CLASS MEMBERS

27.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

**SUPERIORITY**

28.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are potentially in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

29.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant.   For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not.  Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
**Violations of the FSCA, Fla. Stat. Ann. § 934.03**
**(On Behalf of Plaintiff and the Class)**

30.     Plaintiff re-alleges and incorporates the foregoing allegations as if fully set forth herein.

31.     It is a violation of the FSCA to intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept any electronic communication.  Fla. Stat. Ann. § 934.03(1)(a).

32.     Further, it is a violation to intentionally use, or endeavor to use, "the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection[.]" Fla. Stat. Ann. § 934.03(1)(d).

33.     The FSCA defines "intercept" as the "acquisition of the contents of any wire, electronic, or oral communication through the use of any electronic, mechanical, or other device." Fla. Stat. Ann. § 934.02(3).

34.     The FSCA defines "electronic communication" as "any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectronic, or photooptical system that affects intrastate, interstate, or foreign commerce…."  Fla. Stat. Ann. § 934.02(12).

35.     Defendant violated § 934.03(1)(a) of the FSCA by intercepting Plaintiff's and the Class members' electronic communications when they visited Defendant's website.

36.     Defendant intercepted Plaintiff's and the Class members' electronic communications without their prior consent.

37.     Defendant violated § 934.03(1)(d) of the FSCA by using the unlawfully intercepted electronic communications.

38.     Plaintiff and the Class members had an expectation of privacy during their visits to Defendant's website, which Defendant violated by intercepting their electronic communications with the website.

39.     As a result of Defendant's conduct, and pursuant to § 934.10 of the FSCA, Plaintiff and the other members of the putative Class were harmed and are each entitled to "liquidated damages computed at the rate of $100 a day for each day of violation or $1,000, whichever is higher[.]" Fla Stat. Ann. § 934.10(b).

40.     Plaintiff is also entitled to "reasonable attorney's fees and other litigation costs reasonably incurred." Fla Stat. Ann. § 934.10(d).

41.     Plaintiff and the Class members are also entitled to an injunction.

**WHEREFORE**, Plaintiff Claudia Zarnesky, on behalf of herself and the other members of the Class, prays for the following relief:

a.      A declaration that Defendant's practices described herein violate the Florida Security of Communications Act;

b.      An injunction prohibiting Defendant from intercepting the electronic communications of individuals visiting Defendant's website without their knowledge and consent;

c.      An award of actual, liquidated damages, and/or punitive statutory damages;

d.      Reasonable attorney's fees and costs; and

e.      Such further and other relief the Court deems reasonable and just.

## JURY DEMAND

Plaintiff and Class Members hereby demand a trial by jury.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases or other itemizations associated with the allegations herein, including all records, lists, electronic databases or other itemizations in the possession of any vendors,

individuals, and/or companies contracted, hired, or directed by Defendant to assist in sending the

alleged communications.

Dated: February 15, 2021

                                        Respectfully Submitted,

                        By:     */s/ Andrew J. Shamis*
                                **SHAMIS & GENTILE, P.A.**
                                Andrew J. Shamis, Esq.
                                Florida Bar No. 101754
                                ashamis@shamisgentile.com
                                14 NE 1st Avenue, Suite 705
                                Miami, Florida 33132
                                (t) (305) 479-2299
                                (f) (786) 623-0915

                                **EDELSBERG LAW, PA**
                                Scott Edelsberg, Esq.
                                Florida Bar No. 100537
                                scott@edelsberglaw.com
                                20900 NE 30th Ave., Suite 417
                                Aventura, FL 33180
                                Telephone: 305-975-3320

                                **HIRALDO P.A.**
                                Manuel Hiraldo, Esq.
                                Florida Bar No. 030380
                                401 E. Las Olas Blvd., Suite 1400
                                Fort Lauderdale, FL 33301
                                MHiraldo@Hiraldolaw.com
                                Telephone: 954-400-4713

                                *Counsel for Plaintiff and Proposed Class*

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## IN AND FOR VOLUSIA COUNTY, FLORIDA

### CASE NO.

CLAUDIA ZARNESKY, individually and on behalf          CLASS ACTION
of all others similarly situated,

    *Plaintiff,*                                                                 JURY TRIAL DEMANDED

vs.

ADIDAS AMERICA, INC.,

    *Defendant.*

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint, in this
action on Defendant:

        Adidas America, Inc.
        c/o C T Corporation System
        1200 South Pine Island Road
        Plantation, FL 33324

    Each Defendant is required to serve written defenses to the Complaint or petition on**:
Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida
33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of
the date of service, and to file the original of the defenses with the Clerk of this Court either
before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a
default will be entered against that Defendant for the relief demanded in the complaint or
petition.

Dated this _____ day of _____, February 15, 2021.

                        As Clerk of the Court

                        By: _____
                            As Deputy Clerk

**IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA**

**Judge** : Mary G. Jolley – Div. 32
**Case No** : 2021 30201 CICI

CLAUDIA ZARNESKY, individually and on behalf of  -vs-        ADIDAS AMERICA, INC.
    all others similarly situated                       **Defendant(s).**
         **Plaintiff(s),**

<u>**SUMMONS**</u>

**THE STATE OF FLORIDA:**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE HEREBY COMMANDED to serve this   summons and a copy of the   complaint or petition in the above styled
cause upon the defendant(s):

    ADIDAS AMERICA, INC.
    C/O CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

Each defendant is hereby required to serve written defenses to said   complaint or petition on plaintiff or plaintiff's attorney,
whose name and address is

    ANDREW J. SHAMIS
    SHAMIS & GENTILE, P.A.
    14 NE 1ST AVENUE, SUITE 705
    MIAMI, FL 33132

within 20 days after service of this   summons upon that defendant exclusive of the day of service, and to file the original of the
defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do
so, a default will be entered against that defendant for the relief demanded in the   complaint or petition.

**DATED : February 22, 2021**

**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**



2/22/2021 11:04:51 AM 2021 30201 CICI
2/22/2021 11:04:51 AM 2021 30201 CICI
2/22/2021 11:04:51 AM 2021 30201 CICI

forwarded to plaintiff's attorney via e-service for
SOP

**By** : S. Krummenacker, **Deputy Clerk**

CL-0224-1612                                    (See reverse side for additional information.)

**ADDRESS OF THE CLERK OF THE CIRCUIT COURT**

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**
**If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.**

**THESE ARE NOT COURT INFORMATION NUMBERS**

**SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES**
**Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.   Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,   con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.**

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

CL-0247-1904

## RETURN OF SERVICE

**State of Florida**                    **County of Volusia**                    **Circuit Court**

Case Number: 2021 30201 CICI

Plaintiff:
**CLAUDIA ZARNESKY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED**

vs.

Defendant:
**ADIDAS AMERICA, INC.**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 22nd day of February, 2021 at 3:29 pm to be served on **ADIDAS
AMERICA, INC. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Sandra Quinones, do hereby affirm that on the **24th day of February, 2021** at **3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** with the date and hour
of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **ADIDAS AMERICA, INC. C/O CT
CORPORATION SYSTEM**, at the address of: **1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said
person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties
of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

**Sandra Quinones**
SPS #394

**Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606**

Our Job Serial Number: GER-2021000460
Ref: S&G

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g



**IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA**

**Judge** : Mary G. Jolley – Div. 32
**Case No** : 2021 30201 CICI

CLAUDIA ZARNESKY, individually and on behalf of   -vs-            ADIDAS AMERICA, INC.
        all others similarly situated                                    **Defendant(s).**
                **Plaintiff(s),**

## SUMMONS

**THE STATE OF FLORIDA:**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE HEREBY COMMANDED to serve this   summons and a copy of the   complaint or petition in the above styled cause upon the defendant(s):

        ADIDAS AMERICA, INC.
        C/O CT CORPORATION SYSTEM
        1200 SOUTH PINE ISLAND ROAD
        PLANTATION, FL 33324

Each defendant is hereby required to serve written defenses to said   complaint or petition on plaintiff or plaintiff's attorney, whose name and address is

        ANDREW J. SHAMIS
        SHAMIS & GENTILE, P.A.
        14 NE 1ST AVENUE, SUITE 705
        MIAMI, FL 33132

within 20 days after service of this   summons upon that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the   complaint or petition.

**DATED : February 22, 2021**                        **LAURA E. ROTH**
                                                       **CLERK OF CIRCUIT/COUNTY COURT**



forwarded to plaintiff's attorney via e-service for
SOP

                                                       **By :** S. Krummenacker, **Deputy Clerk**

CL-0224-1612                                (See reverse side for additional information.)

## ADDRESS OF THE CLERK OF THE CIRCUIT COURT

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.**

**THESE ARE NOT COURT INFORMATION NUMBERS**

## SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES

**Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.   Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,   con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.**

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA**

CASE NO.: 2021 30201 CICI

CLAUDIA ZARNESKY, *individually and
on behalf of all others similarly situated,*

        Plaintiff,

v.

ADIDAS AMERICA, INC.,

        Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

<u>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**</u>

      PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A.

enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings,

motions, orders, notices, correspondence, and documents of any kind regarding the above-styled

cause be served upon said counsel.

  Date: March 3, 2021

                          Respectfully submitted,
                          */s/ Garrett O. Berg*
                          **SHAMIS & GENTILE, P.A.**
                          Garrett O. Berg, Esq.
                          Florida Bar No. 1000427
                          gberg@shamisgentile.com
                          14 NE 1st Avenue, Suite 705
                          Miami, Florida 33132
                          Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.


Respectfully submitted,
*/s/ Garrett Berg*

Case 6:21-cv-00540-GAP-GJK   Document 1-1   Filed 03/25/21   Page 23 of 30 PageID 30

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30201 CICI

JUDGE: MARY G. JOLLEY – DIV. 32

CLAUDIA ZARNESKY, individually and on behalf
of all others similarly situated,

Plaintiff(s),

vs.

ADIDAS AMERICA, INC.

Defendant.

---

### <u>NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES</u>

Johanna E. Sheehe, Phillip J. Sheehe, and Sheehe & Associates, P.A. hereby enter their

appearance as counsel for Defendant adidas America, Inc. and request that copies of all motions,

notices, and other pleadings heretofore and thereafter filed or served in this cause be furnished to

the undersigned.

Counsel for Defendant adidas America, Inc., pursuant to Rule 1.080 of the Florida Rules

of Civil Procedure and Rule 2.516(b)(1)(A) of the Florida Rules of Judicial Administration,

designates primary and secondary e-mail addresses for service of pleadings and of all documents

required to be served in this proceeding as follows:

Primary E-Mail Address:  jsheehe@sheeheandassociates.com
           psheehe@sheeheandassociates.com

Secondary E-Mail Address: e-filing@sheeheandassociates.com

**DATED** this 12th day of March, 2021          Respectfully Submitted,

*/s/ Johanna E. Sheehe*
Johanna E. Sheehe
Florida Bar No.:  119383
jsheehe@sheeheassociates.com
Philip J. Sheehe
Florida Bar No.:  259128
psheehe@sheeheassociates.com
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue, Suite 215
Miami, Florida 33156
Telephone: 305-379-3515

*Attorneys for Defendant, adidas America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Apearance and

Designation of E-Mail Addresses was served by E-mail using the Florida Courts E-Filing Portal

upon **Garrett O. Berg, Esq**., (gberg@shamisgentile.com), and **Andrew J. Shamis, Esq**.,

(ashamis@shamisgentile.com), Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami,

Florida 33132;  **Scott Edelsberg, Esq**., (scott@edelsberglaw.com), Edelsberg Law, P.A., 20900

NE 30th Avenue, Suite 417, Aventura, Florida 33180 and **Manuel Hiraldo, Esq.**,

(MHiraldo@Hiraldolaw.com), Hiraldo. P.A., 401 E. Las Olas Boulevard, Suite 1400, Fort

Lauderdale, Florida 33301 this 12th day of March, 2021.

*/s/ Johanna E. Sheehe*
ATTORNEY

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30201 CICI

JUDGE: MARY G. JOLLEY – DIV. 32

CLAUDIA ZARNESKY, individually and on behalf
of all others similarly situated,

Plaintiff(s),

vs.

ADIDAS AMERICA, INC.

Defendant.

_____

### JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ADIDAS AMERICA, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Plaintiff, Claudia Zarnesky, and Defendant, adidas America, Inc., by and through their undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.090, hereby file this Joint Stipulation for Extension of Time for Defendant to Respond to Class Action Complaint and state as follows:

WHEREAS, on February 15, 2021, Plaintiff, Claudia Zarnesky, filed a Complaint against Defendant;

WHEREAS, on February 24, 2021, Defendant was served with the Complaint;

WHEREAS, pursuant to the Florida Rules of Civil Procedure, Defendant must respond to the Complaint on or before March 16, 2021;

WHEREAS, on March 11, 2021, counsel for Plaintiff agreed to grant Defendant a thirty (30) extension of time to respond to the Complaint;

1

WHEREAS, the Joint Stipulation for Extension of Time will not prejudice any party;

WHEREAS, this request by the Parties is not being made for any improper purpose or delay;

NOW THEREFORE, the Parties through their respective counsel, and subject to the Court's approval, hereby stipulate that:  Defendant shall respond to the Complaint on or before April 15, 2021.

**IT IS SO STIPULATED** this 12th day of March, 2021.

**HIRALDO P.A.**

/s/  Manuel Hiraldo
Manuel Hiraldo
Florida Bar No.:  030380
MHiraldo@Hiraldolaw.com
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: 954-400-4713


**SHAMIS & GENTILE, P.A.**
Garrett O. Berg
Florida Bar No.:  1000427
gberg@shamisgentile.com
Andrew J. Shamis
Florida Bar No.:  101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, PA**
Scott Edelsberg
Florida Bar No.:  100537
scott@edelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320


*Attorneys for Plaintiff, Claudia Zarnesky*

**SHEEHE & ASSOCIATES, P.A.**

/s/  Johanna E. Sheehe
Johanna E. Sheehe
Florida Bar No.:  119383
jsheehe@sheeheassociates.com
Philip J. Sheehe
Florida Bar No.:  259128
psheehe@sheeheassociates.com
9830 Southwest 77th Avenue, Suite 215
Miami, Florida 33156
Telephone: 305-379-3515

*Attorneys for Defendant, adidas America, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the Joint Stipulation for Extension

of Time for adidas America, Inc. to Respond to Class Action Complaint was served by E-mail

using the Florida Courts E-Filing Portal upon **Garrett O. Berg, Esq**.,

([gberg@shamisgentile.com](mailto:gberg@shamisgentile.com)), and **Andrew J. Shamis, Esq**., ([ashamis@shamisgentile.com](mailto:ashamis@shamisgentile.com)),

Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami, Florida 33132;  **Scott Edelsberg,**

**Esq**., ([scott@edelsberglaw.com](mailto:scott@edelsberglaw.com)), Edelsberg Law, P.A., 20900 NE 30th Avenue, Suite 417,

Aventura, Florida 33180 and **Manuel Hiraldo, Esq**., ([MHiraldo@Hiraldolaw.com](mailto:MHiraldo@Hiraldolaw.com)), Hiraldo.

P.A., 401 E. Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301 this 12th day of

March, 2021.

<u>/s/  Johanna E. Sheehe                  </u>
ATTORNEY

Case 6:21-cv-00540-GAP-GJK   Document 1-1   Filed 03/25/21   Page 28 of 30 PageID 35

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA**

**CASE NO. 2021 30201 CICI**

Claudia Zarnesky, *individually and on
behalf of all others similarly situated*,

      Plaintiff,

vs.

Adidas America, Inc.,

      Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S NOTICE OF SERVICE OF
<u>FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT</u>**

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340,

1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of

Documents, and Request for Admissions on Defendant to be answered separately and fully, in

writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 15, 2021

                    By:    */s/ Andrew J. Shamis*
                           **SHAMIS & GENTILE, P.A.**
                           Andrew J. Shamis, Esq.
                           Florida Bar No. 101754
                           ashamis@shamisgentile.com
                           14 NE 1st Avenue, Suite 705
                           Miami, Florida 33132
                           (t) (305) 479-2299
                           (f) (786) 623-0915

                           **EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

/s/ Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915