# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC.,<br><br>    Defendant. | CASE NO.:<br><br>Removed from the Seventh Judicial Circuit in and for Volusia County, Florida<br>Case No: 2021 30201 CICI<br>Division 32 |

## DECLARATION OF VIGNESH CHANDRASEKHAR

I, Vignesh Chandrasekhar, declare:

1. I am the Senior Director of Operations for Ecommerce at adidas America, Inc., and the facts contained in this Declaration are personally known to me in that capacity, including through my review of corporate records maintained by Adidas in the ordinary course of business. If called to testify as a witness, I could and would competently do so under oath.

2. As Senior Director of Operations for Ecommerce, I have access to customer account information on www.adidas.com, including the billing addresses customers use when purchasing produces from the website. The data is maintained by Adidas in the ordinary course of business in its Single Consumer View

1

database. I am familiar with the database and understand how queries are run in it as a result of my position as Senior Director of Operations for Ecommerce.

3. On March 15, 2021, I directed a member of the Ecommerce team to query the Single Consumer View database to determine the number of customers who purchased an item from www.adidas.com using a Florida billing address. The results of that query show that from February 15, 2019, to the present, more than 5,000 visitors to www.adidas.com have made purchases using a Florida billing address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19.03.2021 day of March, 2021, in Portland, Oregon.

DocuSigned by:

*Vignesh Chandrasekhar*

CF8EB465BDA9461...

Vignesh Chandrasekhar

2