# EXHIBIT

# C

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) ) | Removed from the |
| | ) | Seventh Judicial Circuit in and for |
| v. | ) | Volusia County, Florida |
| | ) | Case No: 2021 30201 CICI |
| ADIDAS AMERICA, INC., | ) | Division 32 |
| | ) | |
| Defendant. | ) ) | |

## <u>DECLARATION OF KURT TANDAN</u>

I, Kurt Tandan, declare:

1.      I am the Associate General Counsel at adidas America, Inc., and the facts contained in this Declaration are personally known to me in that capacity.  If called to testify as a witness, I could and would competently do so under oath.

2.      In my role as Associate General Counsel, I am familiar with Adidas' books and records.  Adidas is incorporated under the laws of Oregon, and its principal place of business is in Oregon, where its corporate offices are located and

///

///

///

///

1

DocuSign Envelope ID: AE119823-D293-4896-BC3E-23723CC54393

where its core executive and administrative functions are primarily carried out.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 03.03.2021 day of March, 2021, in Portland, Oregon.

Kurt Tandan