# Volusia County Clerk of Circuit Court - Case Detail

## Case Information

**Case Number:** 2021 30201 CICI  **Case Style:** CLAUDIA ZARNESKY V. ADIDAS AMERICA INC  **Div:**
**Case Type:** CIRCUIT CIVIL  **Category:** OTHER CIVIL - CIRCUIT

Summary  Parties  Docket  Court Events  Assessment

**Legend:** Viewable  Reviewed and Viewable  Viewable on Request  Confidential

| Date | Doc. # | Docket Type | Description | View |
|---|---|---|---|---|
| 03/12/2021 | 8 | STIPULATION FOR EXTENSION / EXTENDING TIME | to respond to complaint by Adidas America Inc et al | |
| 03/12/2021 | 7 | NOTICE OF APPEARANCE | Johanna E Sheehe and Phillip J Sheehe obo Adidas America Inc and email designation | |
| 03/03/2021 | 6 | NOTICE FOR SUBSTITUTION OF COUNSEL | of Garrett O Berg Esq obo Claudia Zarnesky | |
| 02/24/2021 | 5 | RETURNED SUMMONS SERVED | Adidas America Inc | |
| 02/22/2021 | 4 | TWENTY DAY SUMMONS | To ADIDAS AMERICA, INC. forwarded to plaintiff's attorney via e-service for SOP | |
| 02/15/2021 | 3 | REQUEST SUMMONS | to Adidas America Inc | |
| 02/15/2021 | 2 | COMPLAINT | Class Action | |
| 02/15/2021 | 1 | CIVIL COVER SHEET | | |