Form 1.997 Civil Cover Sheet

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. CASE STYLE

(Name of Court) In the Circuit Court of the Seventh Judicial Circuit In and For Volusia County, Florida

Plaintiff CLAUDIA ZARNESKY,

Case #: _____

Judge: _____

vs.

Defendant ADIDAS AMERICA, INC.,

II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- [ ] $8,000 or less
- [ ] $8,001 - $30,000
- [ ] $30,001 - $50,000
- [ ] $50,001 - $75,000
- [ ] $75,001 - $100,000
- [✓] Over $100,000

III. TYPE OF CASE   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

**CIRCUIT CIVIL**

- [ ] Condominium
- [ ] Contracts and indebtedness
- [ ] Eminent domain
- [ ] Auto negligence
- [ ] Negligence—other
  - [ ] Business governance
  - [ ] Business torts
  - [ ] Environmental/Toxic tort
  - [ ] Third party indemnification
  - [ ] Construction defect
  - [ ] Mass tort
  - [ ] Negligent security

CL-0891-2008

Case 6:21-cv-00540-PGB-GJK   Document 1-6   Filed 03/25/21   Page 2 of 20 PageID 55

- [ ] Nursing home negligence
- [ ] Premises liability—commercial
- [ ] Premises liability—residential
- [ ] Products liability  ☐

- [ ] Real property/Mortgage foreclosure
  - [ ] Commercial foreclosure
  - [ ] Homestead residential foreclosure
  - [ ] Non-homestead residential foreclosure
  - [ ] Other real property actions

- [ ] Professional malpractice
  - [ ] Malpractice – business
  - [ ] Malpractice – medical
  - [ ] Malpractice – other professional

- [x] Other
  - [ ] Antitrust/Trade regulation
  - [ ] Business transactions
  - [ ] Constitutional challenge – statute or ordinance
  - [ ] Constitutional challenge – proposed amendment
  - [ ] Corporate trusts
  - [ ] Discrimination – employment or other
  - [ ] Insurance claims
  - [ ] Intellectual property
  - [ ] Libel/Slander
  - [ ] Shareholder derivative action
  - [ ] Securities litigation
  - [ ] Trade secrets
  - [ ] Trust litigation

## COUNTY CIVIL

- [ ] Civil
- [ ] Real property/Mortgage foreclosure
- [ ] Replevins
- [ ] Evictions
  - [ ] Residential Eviction
  - [ ] Non-Residential Eviction
- [ ] Other civil (non-monetary)

IV.   **REMEDIES SOUGHT** (check all that apply):
- [x] Monetary;
- [x] Non-Monetary declaratory or injunctive relief;
- [ ] Punitive

V.   **NUMBER OF CAUSES OF ACTION**: [ 1  ] (specify)
Violations of the FSCA, Fla. Stat. Ann. § 934.03

CL-0891-2008

VI. **IS THIS CASE A CLASS ACTION LAWSUIT?**
☑ yes
☐ no

VII. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☑ no
☐ yes   If "yes", list all related cases by name, case number, and court.
_____
_____
_____

VIII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☑ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature Andrew Shamis_____   Fla. Bar # 101754_____
          Attorney or party                                              (Bar # if attorney)

/s/ Andrew Shamis_____          2/15/2021_____
(type or print name)                                                      Date

CL-0891-2008



**LAURA E. ROTH**
CLERK OF THE CIRCUIT COURT

SEVENTH JUDICIAL CIRCUIT - VOLUSIA COUNTY
P.O. BOX 6043 DELAND, FLORIDA 32721-6043 - WWW.CLERK.ORG

Filing #:121380754
Filer:Angelica Gentile Gentile
Payment:$410.00

1 Filing Fee: $400.00
2 Summons Issuance: $10.00
3 Complaints/Petitions Civil Cover Sheet: $0.00
4 Complaints/Petitions Request that Summons be Issued: $0.00
5 Complaints/Petitions Complaint: $0.00

*This document is a Clerk generated receipt.  This  page was not included in the original court document submitted by the filer.*

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.

CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated,

CLASS ACTION

*Plaintiff*,

JURY TRIAL DEMANDED

vs.

ADIDAS AMERICA, INC.,

*Defendant*.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint, in this action on Defendant:

        Adidas America, Inc.
        c/o C T Corporation System
        1200 South Pine Island Road
        Plantation, FL 33324

    Each Defendant is required to serve written defenses to the Complaint or petition on**: Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132**, within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of _____, February 15, 2021.

                                          As Clerk of the Court

                                          By: _____
                                               As Deputy Clerk

## IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA

Judge : Mary G. Jolley - Div. 32
Case No : 2021 30201 CICI

CLAUDIA ZARNESKY, individually and on behalf of all others similarly situated
**Plaintiff(s),**

-vs-

ADIDAS AMERICA, INC.
**Defendant(s).**

### SUMMONS

### THE STATE OF FLORIDA:
### TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the defendant(s):

    ADIDAS AMERICA, INC.
    C/O CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

Each defendant is hereby required to serve written defenses to said complaint or petition on plaintiff or plaintiff's attorney, whose name and address is

    ANDREW J. SHAMIS
    SHAMIS & GENTILE, P.A.
    14 NE 1ST AVENUE, SUITE 705
    MIAMI, FL 33132

within 20 days after service of this summons upon that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED : February 22, 2021**

forwarded to plaintiff's attorney via e-service for SOP

**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**



**By :** S. Krummenacker, **Deputy Clerk**

CL-0224-1612

(See reverse side for additional information.)

# ADDRESS OF THE CLERK OF THE CIRCUIT COURT

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**

## SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES

Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.  Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,  con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

CL-0247-1904

# RETURN OF SERVICE

| State of Florida | County of Volusia | Circuit Court |

Case Number: 2021 30201 CICI

Plaintiff:
**CLAUDIA ZARNESKY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**ADIDAS AMERICA, INC.**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 22nd day of February, 2021 at 3:29 pm to be served on **ADIDAS AMERICA, INC. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Sandra Quinones, do hereby affirm that on the **24th day of February, 2021** at **3:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **ADIDAS AMERICA, INC. C/O CT CORPORATION SYSTEM**, at the address of: **1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

**Sandra Quinones**
SPS #394

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2021000460
Ref: S&G

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1g



IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA

Judge    : Mary G. Jolley - Div. 32
Case No  : 2021 30201 CICI

CLAUDIA ZARNESKY, individually and on behalf of    -vs-    ADIDAS AMERICA, INC.
all others similarly situated                              **Defendant(s).**
**Plaintiff(s),**

## SUMMONS

**THE STATE OF FLORIDA:**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the defendant(s):

```
ADIDAS AMERICA, INC.
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324
```

Each defendant is hereby required to serve written defenses to said complaint or petition on plaintiff or plaintiff's attorney, whose name and address is

```
ANDREW J. SHAMIS
SHAMIS & GENTILE, P.A.
14 NE 1ST AVENUE, SUITE 705
MIAMI, FL 33132
```

within 20 days after service of this summons upon that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED : February 22, 2021**

forwarded to plaintiff's attorney via e-service for SOP



**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**

**By :** S. Krummenacker, **Deputy Clerk**

CL-0224-1612                                        (See reverse side for additional information.)

# ADDRESS OF THE CLERK OF THE CIRCUIT COURT

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**

## SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES

Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.  Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,  con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

CL-0247-1904

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30201 CICI

| | |
|---|---|
| CLAUDIA ZARNESKY, *individually and on behalf of all others similarly situated,* | **CLASS ACTION** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| ADIDAS AMERICA, INC., | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 3, 2021

                                                                           Respectfully submitted,
                                                                           */s/ Garrett O. Berg*
                                                                           **SHAMIS & GENTILE, P.A.**
                                                                           Garrett O. Berg, Esq.
                                                                           Florida Bar No. 1000427
                                                                           gberg@shamisgentile.com
                                                                           14 NE 1st Avenue, Suite 705
                                                                           Miami, Florida 33132
                                                                           Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

>Respectfully submitted,
>*/s/ Garrett Berg*

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30201 CICI

JUDGE: MARY G. JOLLEY – DIV. 32

CLAUDIA ZARNESKY, individually and on behalf
of all others similarly situated,

Plaintiff(s),

vs.

ADIDAS AMERICA, INC.

Defendant.

_____

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ADIDAS AMERICA, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Plaintiff, Claudia Zarnesky, and Defendant, adidas America, Inc., by and through their undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.090, hereby file this Joint Stipulation for Extension of Time for Defendant to Respond to Class Action Complaint and state as follows:

WHEREAS, on February 15, 2021, Plaintiff, Claudia Zarnesky, filed a Complaint against Defendant;

WHEREAS, on February 24, 2021, Defendant was served with the Complaint;

WHEREAS, pursuant to the Florida Rules of Civil Procedure, Defendant must respond to the Complaint on or before March 16, 2021;

WHEREAS, on March 11, 2021, counsel for Plaintiff agreed to grant Defendant a thirty (30) extension of time to respond to the Complaint;

1

sf-4445913

WHEREAS, the Joint Stipulation for Extension of Time will not prejudice any party;

WHEREAS, this request by the Parties is not being made for any improper purpose or delay;

NOW THEREFORE, the Parties through their respective counsel, and subject to the Court's approval, hereby stipulate that: Defendant shall respond to the Complaint on or before April 15, 2021.

**IT IS SO STIPULATED** this 12th day of March, 2021.

| HIRALDO P.A. | SHEEHE & ASSOCIATES, P.A. |
|---|---|
| */s/ Manuel Hiraldo* <br> Manuel Hiraldo <br> Florida Bar No.: 030380 <br> MHiraldo@Hiraldolaw.com <br> 401 E. Las Olas Boulevard, Suite 1400 <br> Fort Lauderdale, Florida 33301 <br> Telephone: 954-400-4713 | */s/ Johanna E. Sheehe* <br> Johanna E. Sheehe <br> Florida Bar No.: 119383 <br> jsheehe@sheeheassociates.com <br> Philip J. Sheehe <br> Florida Bar No.: 259128 <br> psheehe@sheeheassociates.com <br> 9830 Southwest 77th Avenue, Suite 215 <br> Miami, Florida 33156 <br> Telephone: 305-379-3515 |

**SHAMIS & GENTILE, P.A.**
Garrett O. Berg
Florida Bar No.: 1000427
gberg@shamisgentile.com
Andrew J. Shamis
Florida Bar No.: 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**EDELSBERG LAW, PA**
Scott Edelsberg
Florida Bar No.: 100537
scott@edelsberglaw.com
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320

*Attorneys for Plaintiff, Claudia Zarnesky*

*Attorneys for Defendant, adidas America, Inc.*

2

sf-4445913

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Joint Stipulation for Extension of Time for adidas America, Inc. to Respond to Class Action Complaint was served by E-mail using the Florida Courts E-Filing Portal upon **Garrett O. Berg, Esq**., (gberg@shamisgentile.com), and **Andrew J. Shamis, Esq**., (ashamis@shamisgentile.com), Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami, Florida 33132; **Scott Edelsberg, Esq**., (scott@edelsberglaw.com), Edelsberg Law, P.A., 20900 NE 30th Avenue, Suite 417, Aventura, Florida 33180 and **Manuel Hiraldo, Esq.**, (MHiraldo@Hiraldolaw.com), Hiraldo. P.A., 401 E. Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301 this 12th day of March, 2021.

/s/ Johanna E. Sheehe
ATTORNEY

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.: 2021 30201 CICI

JUDGE: MARY G. JOLLEY – DIV. 32

CLAUDIA ZARNESKY, individually and on behalf
of all others similarly situated,

Plaintiff(s),

vs.

ADIDAS AMERICA, INC.

Defendant.

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

Johanna E. Sheehe, Phillip J. Sheehe, and Sheehe & Associates, P.A. hereby enter their appearance as counsel for Defendant adidas America, Inc. and request that copies of all motions, notices, and other pleadings heretofore and thereafter filed or served in this cause be furnished to the undersigned.

Counsel for Defendant adidas America, Inc., pursuant to Rule 1.080 of the Florida Rules of Civil Procedure and Rule 2.516(b)(1)(A) of the Florida Rules of Judicial Administration, designates primary and secondary e-mail addresses for service of pleadings and of all documents required to be served in this proceeding as follows:

    Primary E-Mail Address:    jsheehe@sheeheandassociates.com
                                           psheehe@sheeheandassociates.com

    Secondary E-Mail Address:    e-filing@sheeheandassociates.com

SHEEHE & ASSOCIATES, P.A. • 9830 SOUTHWEST 77th AVENUE, SUITE 215, MIAMI, FLORIDA 33156

1

sf-4445918

**DATED** this 12<u>th</u> day of March, 2021    Respectfully Submitted,

    */s/  Johanna E. Sheehe*
Johanna E. Sheehe
Florida Bar No.:   119383
jsheehe@sheeheassociates.com
Philip J. Sheehe
Florida Bar No.:  259128
psheehe@sheeheassociates.com
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue, Suite 215
Miami, Florida 33156
Telephone: 305-379-3515

*Attorneys for Defendant, adidas America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Apearance and Designation of E-Mail Addresses was served by E-mail using the Florida Courts E-Filing Portal upon **Garrett O. Berg, Esq**., (gberg@shamisgentile.com), and **Andrew J. Shamis, Esq**., (ashamis@shamisgentile.com), Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami, Florida 33132;  **Scott Edelsberg, Esq**., (scott@edelsberglaw.com), Edelsberg Law, P.A., 20900 NE 30th Avenue, Suite 417, Aventura, Florida 33180 and **Manuel Hiraldo, Esq.**, (MHiraldo@Hiraldolaw.com), Hiraldo. P.A., 401 E. Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301 this 12<u>th</u> day of March, 2021.

    */s/  Johanna E. Sheehe*
    ATTORNEY

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO. 2021 30201 CICI

Claudia Zarnesky, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

Adidas America, Inc.,

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S NOTICE OF SERVICE OF
FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340, 1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of Documents, and Request for Admissions on Defendant to be answered separately and fully, in writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 15, 2021

By:   */s/ Andrew J. Shamis*
    **SHAMIS & GENTILE, P.A.**
    Andrew J. Shamis, Esq.
    Florida Bar No. 101754
    ashamis@shamisgentile.com
    14 NE 1st Avenue, Suite 705
    Miami, Florida 33132
    (t) (305) 479-2299
    (f) (786) 623-0915

    **EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

*/s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915